

**NUMBER 13-08-00126-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**DAVID SOTO,**                                                                                          **APPELLANT,**

**v.**

**TEXAS STATE BANK,**                                                                               **APPELLEE.**

---

**On Appeal from the County Court at Law No. 2
of Hidalgo County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant, David Soto, attempted to perfect an appeal from an order entered by the County Court at Law No. 2 of Hidalgo, County, Texas, in cause no. CL-06-2160-B. Upon review of the documents before the Court, the notice of appeal is not in compliance with Tex. R. App. P. 25.1(d)(7). The Clerk of this Court notified appellant of this defect so that

steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See id.* Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See id.* 42.3(b),(c).

PER CURIAM

Memorandum Opinion delivered and
filed this the 21st day of August, 2008.